**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| JOE ANTHONY GONZALEZ, | ) | NO. CV 19-01757-MWF (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 30, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE